**Electronically Filed**
**Supreme Court**
**SCWC-11-0000474**
**06-JUL-2012**
**01:57 PM**

NO. SCWC-11-0000474

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

AARON M. BERNAL, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA CAAP NO. 11-0000474; CR. NO. 10-1-1907)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge Ayabe, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Aaron M. Bernal's

application for writ of certiorari, filed on May 31, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, July 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

